UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------X
CABLEVISION OF CONNECTICUT, LP,

    Plaintiff,

-against-

THOEUM TUN and LONG TRAN,

           Defendants.
-----------------------------------X

FILED
Oct 23  3 07 PM '03
**ORDER**
U.S DISTRICT COURT
NEW HAVEN, CONN.

3: 03 CV 476 (GLG)

After careful review, the Court adopts the learned Magistrate Judges' recommended ruling and directs that the Clerk should enter judgment for the plaintiff in the amount of $3,375 and for attorneys' fees in the amount of $1,403. The Clerk should enter judgment in the total amount of $4,778 in the favor of plaintiff.

    SO ORDERED.

Dated:    October 21, 2003
           Waterbury, CT

                                                    _____
                                                        Gerard L. Goettel
                                                           U.S.D.J.