UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Nov 6  2 01 PM '03

U.S. DISTRICT COURT
N. CONN.

CABLEVISION OF
CONNECTICUT, LP

vs.   Civil No. 3:03 CV 112(GLG)

THOEUM TUN and LONG TRAN

### DEFAULT JUDGMENT

This action came on for consideration before the Honorable Gerard L. Goettel, Senior United States District Judge, as a result of plaintiff's motion for default judgment which was granted on June 23, 2003 as to defendant Long Tran. On May 13, 2003, default entered as to defendant Long Tran. On May 12, 2003 the court entered an endorsement order granting a stipulation of dismissal as to defendant Thoeum Tun. On October 15, 2003 Magistrate Judge William I. Garfinkel entered a recommended ruling awarding damages. The court adopted the magistrate's recommended ruling on October 23, 2003 directing that default judgment enter in the amount of $3,375.00 plus attorney's fees in the amount of $1,403.00 for a total of $4,778.00 for the planitiff.

Therefore, it is ORDERED and ADJUDGED that default judgment is entered for the plaintiff in the amount of $3,375.00 plus attorney's fees in the amount of $1,403.00 for a total of $4,778.00 and the case is closed..

Dated at New Haven, Connecticut, this 4th day of November, 2003.

KEVIN F. ROWE, Clerk
By
Frank DePino
Deputy Clerk

EOD: _____